```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      CENTRAL DISTRICT OF CALIFORNIA
10
11  HA-RAKHAMON AZIZI,            )    NO. CV 10-2108-CAS(E)
                                  )
12                 Plaintiff,     )
                                  )
13       v.                       )    JUDGMENT
                                  )
14  AMERICAN GOVERNMENT, et al.,  )
                                  )
15                 Defendants.    )
    _____)
16
17
18       Pursuant to the Order Dismissing Action for Lack of Subject
19  Matter Jurisdiction, IT IS ADJUDGED that this action is dismissed with
20  prejudice.
21
22          DATED: March 31, 2010.
23
24                                    /s/ Christina A. Snyder
25                                 _____
                                        CHRISTINA A. SNYDER
26                                   UNITED STATES DISTRICT JUDGE
27
28
```